8915-0006/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMES C. McELWEE,                                          **NOTICE OF MOTION**

                      Plaintiff,

                                                            10 CIV 00138 (SCR)

   -against-

COUNTY OF ORANGE,

                      Defendant
------------------------------------------------------------------------x

S I R (S):

    PLEASE TAKE NOTICE, that upon the annexed affidavit of David L. Posner, sworn to the 13th day of August, 2010, the affidavit of Robin Darwin, sworn to the 13th day of August, 2010, the attached exhibits, and memorandum of law, defendant will move for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting dismissal of plaintiff's complaint, said motion to be heard before this Court on the 8th day of October, 2010, at 9:30 a.m. in the forenoon at the courthouse located at 300 Quarropas Street, White Plains, New York.

    PLEASE TAKE NOTICE, that pursuant to the Court's revised briefing schedule, plaintiff's opposition papers are to be served on or before September 24, 2010 and defendant's reply papers are to be served on or before October 8, 2010.

DATED:       Poughkeepsie, New York
                  August 13, 2010

                                                    Yours, etc.

                                                    M<sup>c</sup>CABE & MACK LLP

                                                    By: _____
                                                        DAVID L. POSNER (0310)
                                                  *Attorneys for Defendant*
                                                  63 Washington Street
                                                  P.O. Box 509
                                                  Poughkeepsie, NY  12602-0509
                                                  Tel:  (845) 486-6800

8915-0006/dmf

TO:  STEPHEN BERGSTEIN, ESQ.
     BERGSTEIN & ULRICH, LLP
     *Attorneys for Plaintiffk*
     15 Railroad Avenue
     Chester, NY 10918