UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JAMES C. McELWEE,

                Plaintiff,

-vs-

COUNTY OF ORANGE,

                Defendant.
------------------------------------------------------X

**NOTICE OF APPEAL**

10 Civ. 138 (KTD)

      PLEASE TAKE NOTICE that plaintiff appeals to the United States Court of Appeals for the Second Circuit from each and every part of the attached Judgment and Memorandum and Order, dated September 30, 2011, granting defendant's motion for summary judgment in its entirety.

Dated:    October 14, 2011
            Chester, New York

                                                      Respectfully submitted,

                                                      STEPHEN BERGSTEIN

                                                      BERGSTEIN & ULLRICH, LLP
                                                      15 Railroad Avenue
                                                      Chester, New York 10918
                                                             (845) 469-1277
                                                        *Counsel for plaintiff*

To:     David L. Posner, Esq.
         McCabe & Mack, LLP
         63 Washington Street
         Poughkeepsie, New York 12601
         *Counsel for defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 OCT 2011